**Shelly CONTE and Cindy Reichman, Plaintiffs–Appellants,**

v.

**JAKKS PACIFIC, INC., Defendant–Appellee.**

**No. 2014–1153.**

United States Court of Appeals, Federal Circuit.

June 11, 2014.

Lenden F. Webb, Webb & Bordson, APC, of Fresno, CA, argued for plaintiffs-appellants.

Jonathan Honig, Feder Kaszovitz LLP, of New York, New York, argued for defendant-appellee. Of counsel on the brief was William Thomas McLaughlin, II, Lang, Richert & Patch, of Fresno, CA.

Before DYK, WALLACH, and CHEN, Circuit Judges.

PER CURIAM.

The judgment is affirmed on the grounds that (1) the asserted claim 9 of United States Patent No. 6,494,457 (the '457 patent) would have been obvious and (2) the district court did not abuse its discretion in refusing to permit plaintiffs to amend the complaint to include claim 1 of the '457 patent.

**AFFIRMED**